IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

_____ DIVISION

2017 MAR 17 P 12: 04

Leeroy James

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

820 Roosevelt St.
Greenville, AL 36037
    Plaintiff(s),

        v.

Darby Wright
32 Abraham Ct
Montgomery, AL 36101
    Defendant(s).

CIVIL ACTION NO. 2:17-CV-153-WKW-GmB

JURY DEMAND (MARK ONE)

☐YES        ☐NO

## COMPLAINT

1.    Plaintiff(s)' address and telephone number: 820 Roosevelt St. Greenville, AL 36037   334-294-3723

2.    Name and address of defendant(s): Darby Wright
                        32 Abraham Ct.
                        Montgomery, AL 36101

3.    Place of alleged violation of civil rights: Wind Creek Casino Montgomery, AL

4.    Date of alleged violation of civil rights: Sept. 20 95

5.    State the facts on which you base your allegation that your constitutional rights have been violated: I was at Wind Creek Casino playing machine & Darby Wright came up and started an altercation with me. I asked him "why are you picking at me"? I did not know the defendant. Then I asked him to please leave me alone. bc I was losing my money. Then he walked away from me and about 15-20 minutes he came back picking at me again. He said that he was sorry for picking at me. Then he tried to hug me and then he tried throw me. Then I wrestled with him back. Then he hit me in my left eye. Now I cannot see out of my left eye. I have been to the doctor in Montgomery, AL and he said my eye was damaged da bad. That is why I cannot see out of left eye. If the security guard would have stopped the fight before it happened then I could see out of my eye now. That Security guard in the casino that night is responsible for my damaged eye. Because they could have stopped it before it happened. I know they have cameras in the place. Somebody should have put Darby Wright out of the casino for harrassing me. So, I need compensation from someone for the damage to my eye. When I went to court, they didn't have tape that I paid for. And Judge wouldn't listen to what I had to say.

6.   Relief requested: <u>Compensation for damaged eye.</u>

Date: <u>03/14/17</u>                    <u>Leeroy Jones</u>
                                         Plaintiff(s) Signature

2

Lteroy Jones
~~518 E Commerce St~~ 820 Roosevelt St.
~~Greenville, AL 36037-2314~~ Greenville, AL 36037

RETURN SERVICE REQUESTED



MONTGOMERY AL 360

16 MAR 2017 PM 2 L

Office of the Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, AL 36104-4018

ENV-10R

36104-401801