IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEE ROY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:17-CV-153-WKW |
| DARBY WRIGHT, | ) | [WO] |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On June 5, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 7th day of July, 2017.

                                          /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE